IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MINALBEN JAGDISHBHAI PATEL, KASHYAP DHIRENDRAKUMAR PATEL, VICTOR ALANIS ALANIS, both in his own capacity and as the guardian of his minor child T-D-A; ANAHI DOMINGUEZ VELA, UMESH PAREKH, ESTHER MENDOZA AREAS, MARIO LOPEZ VASQUEZ, MITKUMAR RAJESHBHAI PATEL, DIVYABEN BHARATBHAI PATEL, DHAVAL KANUBHAI PATEL, ANGEL GARCIA BAILON, both in his own capacity and as the guardian of his minor child A-G-S; MA. GUADALUPE SOBERANIS, KASHYAP PITUSHKUMAR PATEL, and PAYAL KASHYAP PATEL,<br><br>   Plaintiffs,<br><br> vs.<br><br>ANGELICA ALFONSO-ROYALS, in her official capacity as Acting Director, U.S. Citizenship and Immigration Services,<br><br>   Defendant. | 4:25CV3148<br><br>ORDER ON NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFFS MINALBEN JAGDISHBHAI PATEL AND KASHYAP DHIRENDRAKUMAR PATEL |

  This case is before the Court on the Notice of Voluntary Dismissal Without Prejudice by plaintiffs Minalben Jagdishbhai Patel and Kashyap Dhirendrakumar Patel only. Filing 7. These two Plaintiffs seeks voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) as to Defendant who has not filed an answer or a motion for summary judgment. Accordingly,

IT IS ORDERED that the Notice of Voluntary Dismissal Without Prejudice by plaintiffs Minalben Jagdishbhai Patel and Kashyap Dhirendrakumar Patel, Filing 7, is accepted, and this case is dismissed without prejudice as to these two Plaintiffs only.

Dated this 23rd day of July, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge