IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

VICTOR ALANIS ALANIS, both in his own capacity and as the guardian of his minor child T-D-A; ANAHI DOMINGUEZ VELA, UMESH PAREKH, ESTHER MENDOZA AREAS, MARIO LOPEZ VASQUEZ, MITKUMAR RAJESHBHAI PATEL, DIVYABEN BHARATBHAI PATEL, DHAVAL KANUBHAI PATEL, ANGEL GARCIA BAILON, both in his own capacity and as the guardian of his minor child A-G-S; MA. GUADALUPE SOBERANIS, KASHYAP PITUSHKUMAR PATEL, and PAYAL KASHYAP PATEL,

Plaintiffs,

vs.

ANGELICA ALFONSO-ROYALS, in her official capacity as Acting Director, U.S. Citizenship and Immigration Services; UNITED STATES ATTORNEY FOR THE DISTRICT OF NEBRASKA, and UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES,

Defendants.

**4:25CV3148**

**ORDER DENYING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT WITHOUT PREJUDICE**

This case is before the Court on Defendants' Motion to Dismiss Plaintiffs' Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1). Filing 11. Plaintiffs were subsequently granted leave to file a Second Amended Complaint, which was deemed unopposed and for which good cause was shown. Filing 21 (text order). The Court takes no position on whether the Second Amended Complaint, which must be filed on or before December 8, 2025, remedies any deficiencies in the prior Amended Complaint or is subject to the same challenges raised in Defendants' Motion to Dismiss Plaintiffs' Amended Complaint. Instead, the Court notes

that the Amended Complaint has now been superseded by Plaintiffs' Second Amended Complaint, which renders the Amended Complaint a nullity. *See Wullschleger v. Royal Canin U.S.A., Inc.*, 75 F.4th 918, 922 (8th Cir. 2023) ("[A]n amended complaint [supersedes] an original complaint and renders the original complaint without legal effect." (quoting *In re Atlas Van Lines, Inc.*, 209 F.3d 1064, 1067 (8th Cir. 2000)), *cert. granted*, 144 S. Ct. 1455 (2024), *and aff'd*, No. 23-677, 2025 WL 96212 (U.S. Jan. 15, 2025). The Court concludes that the appropriate course in these circumstances is to deny Defendants' Motion to Dismiss Plaintiffs' Amended Complaint without prejudice to reassertion as to the Second Amended Complaint if Defendants choose to do so.

Accordingly,

IT IS ORDERED that Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, Filing 11, is denied without prejudice to reassertion as to Plaintiff's Second Amended Complaint. If Defendants decides to file a renewed Motion to Dismiss, Defendants must do so within the time provided by Federal Rule of Civil Procedure 15(a)(3).

Dated this 4th day of December, 2025.

BY THE COURT:

Brian C. Buescher
United States District Judge